**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HOWARD COCHRAN, | No. 13-15667 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01365-RCB |
| v. | |
| SUDHA RAO, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Robert C. Broomfield, District Judge, Presiding

Submitted June 12, 2014[**]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Arizona state prisoner Howard Cochran appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs in the treatment of pain in his hand.   We

have jurisdiction under 28 U.S.C. § 1291.   We review de novo.   *Szajer v. City of*

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Los Angeles*, 632 F.3d 607, 610 (9th Cir. 2011). We affirm.

The district court properly granted summary judgment because Cochran failed to raise a genuine dispute of material fact as to whether defendant Rao knew of or disregarded an excessive risk of serious harm in denying, on a single occasion, Cochran's request for pain medication, or whether her chosen course of treatment was medically unacceptable under the circumstances. *See Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (setting forth standard for deliberate indifference to serious medical needs, and explaining that negligence and isolated events do not constitute deliberate indifference); *Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir. 1996) (to establish that a difference of opinion amounted to deliberate indifference, a prisoner must show that the defendant's chosen course of treatment was medically unacceptable and in conscious disregard of an excessive risk to the prisoner's health); *see also Clouthier v. County of Contra Costa*, 591 F.3d 1232, 1241-42 (9th Cir. 2010) (the deliberate indifference standard applies to pretrial detainees because pretrial detainees' Fourteenth Amendment rights are comparable to prisoners' Eighth Amendment rights).

**AFFIRMED**.